PROB 12C
(6/16)

Report Date: February 21, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 22, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Gilbert A. Crawley | Case Number: 0980 2:14CR00021-RMP-22 |
| Address of Offender: | Spokane Valley, Washington 99206 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: February 21, 2017

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute Oxycodone Hydrochloride, 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846 |
| Original Sentence: | Prison - 238 days; TSR - 36 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | James A. Goeke |
| Date Supervision Commenced: | February 21, 2017 |
| Defense Attorney: | Federal Defender's Office |
| Date Supervision Expires: | February 20, 2020 |

## PETITIONING THE COURT

To issue a **summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1    **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: On February 27, 2017, Gilbert Crawley signed his judgment for case number 2:14CR00021-RMP-22, indicating he understood all conditions ordered by the Court. Specifically, Mr. Crawley was made aware by his U.S. probation officer that he must comply with all federal, state, and local laws.

Gilbert Crawley failed to obey all laws by driving under the influence of alcohol on February 18, 2018.

According to the affidavit of probable cause filed in Spokane County District Court, Mr. Crawley was pulled over by Washington State Patrol due to numerous traffic violations. Mr. Crawley was asked to perform the standardized field sobriety tests due to the officer smelling the odor of intoxicants on Mr. Crawley's breath.

Mr. Crawley agreed to perform the tests and performed poorly. The offender was asked to provide a voluntary breath sample using the preliminary breath tester. Mr. Crawley provided a sample with a result of .130 BAC. Mr. Crawley was placed under arrest for Driving Under

Prob12C
Re: Crawley, Gilbert A
February 21, 2018
Page 2

       the Influence of Alcohol, in violation of RCW 46.61.502.

2    **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

    **Supporting Evidence**: On February 27, 2017, Gilbert Crawley signed his judgment for case number 2:14CR00021-RMP-22, indicating he understood all conditions ordered by the Court. Specifically, Mr. Crawley was made aware by his U.S. probation officer that he must comply with all federal, state and local laws.

    Gilbert Crawley failed to obey all laws by resisting arrest on February 18, 2018.

    According to the affidavit of probable cause filed in Spokane County District Court, Mr. Crawley was pulled over by Washington State Patrol due to numerous traffic violations. Mr. Crawley was asked to perform the standardized field sobriety tests due to the officer smelling the odor of intoxicants on Mr. Crawley's breath.

    Mr. Crawley agreed to perform the tests and performed poorly. The offender was asked to provide a voluntary breath sample using the preliminary breath tester. Mr. Crawley provided a sample with a result of .130 BAC. The officer attempted to arrest Mr. Crawley for driving under the influence of alcohol. When placing the handcuffs on the offender, he began to resist. After a brief struggle, Mr. Crawley pushed the officer away and ran. Mr. Crawley ran for approximately half a block before giving up and lying down on the sidewalk. Mr. Crawley was taken into custody at that time and charged with Resisting Arrest, in violation of RCW 9A.76.040. Mr. Crawley was booked into the Spokane County Jail.

3    **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

    **Supporting Evidence**: On February 27, 2017, Gilbert Crawley signed his judgment for case number 2:14CR00021-RMP-22, indicating he understood all conditions ordered by the Court. Specifically, Mr. Crawley was made aware by his U.S. probation officer that he must comply with all federal, state and local laws.

    Gilbert Crawley failed to obey all laws by obstructing a law enforcement officer on February 18, 2018.

    According to the affidavit of probable cause filed in Spokane County District Court, Mr. Crawley was pulled over by Washington State Patrol due to numerous traffic violations. Mr. Crawley was asked to perform the standardized field sobriety tests due to the officer smelling the odor of intoxicants on Mr. Crawley's breath.

    Mr. Crawley agreed to perform the tests and performed poorly. The offender was asked to provide a voluntary breath sample using the preliminary breath tester. Mr. Crawley provided a sample with a result of .130 BAC. The officer attempted to arrest Mr. Crawley for driving under the influence of alcohol. When placing the handcuffs on the offender, he began to resist. After a brief struggle, Mr. Crawley pushed the officer away and ran. Mr. Crawley ran for approximately half a block before giving up and lying down on the sidewalk. Mr. Crawley was taken into custody at that time and charged with Obstructing a Law Enforcement Officer, in violation of RCW 9A.76.020. Mr. Crawley was booked into the

Prob12C
Re: Crawley, Gilbert A
February 21, 2018
Page 3

Spokane County Jail.

4  **Special Condition # 5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On February 27, 2017, Gilbert Crawley signed his judgment for case number 2:14CR00021-RMP-22, indicating he understood all conditions ordered by the Court. Specifically, Mr. Crawley was made aware by his U.S. probation officer that he must abstain from the use of alcohol while on supervised release.

Gilbert Crawley failed to abstain from alcohol on February 18, 2018.

According to the affidavit of probable cause filed in Spokane County District Court, Mr. Crawley was pulled over by Washington State Patrol due to numerous traffic violations. Mr. Crawley was asked to perform the standardized field sobriety tests due to the officer smelling the odor of intoxicants on Mr. Crawley's breath.

Mr. Crawley agreed to perform the tests and performed poorly. The offender was asked to provide a voluntary breath sample using the preliminary breath tester. Mr. Crawley provided a sample with a result of .130 BAC indicating he had consumed alcohol, in violation of special condition number 5 of the terms of his supervised release.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  02/21/2018

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons

Signature of Judicial Officer

2/22/2018
Date